# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| STATE OF GEORGIA, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:25-cv-465 (MTT) |
| | ) |
| JEFFREY ALLEN HILL, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF REMAND

On October 30, 2025, the Court ordered Jeffrey Allen Hill to show cause why this action should not be summarily remanded to the state court. ECF 3. In his response, Hill argued: "Alleged Defendant has been charged with crimes for conduct explicitly protected and preempted under federal law: including exercise of lawfully registered federal trademarks, assertion of tribal citizenship/identification, and the right to interstate transportation (U.S. DOT number)." ECF 4 at 1. None of these are laws "providing for specific civil rights stated in terms of racial equality." *Johnson v. Mississippi*, 421 U.S. 213, 219 (1975) (quotations omitted). And even if they were, Hill points to no "formal expression of state law" denying his equal civil rights. *Alabama v. Conley*, 245 F.3d 1292, 1295, 1296 (11th Cir. 2001) (quoting *Georgia v. Rachel*, 384 U.S. 780, 803 (1966)). Thus, Hill fails to present a valid ground for removal under 28 U.S.C. § 1443(1).

Accordingly, and for the additional reasons discussed in the Court's show cause order, this action is **REMANDED** to the state court. Hill's motion to proceed *in forma pauperis* (ECF 2) is **DENIED as moot.** The Clerk of Court is **DIRECTED** to close this case and to transmit a certified copy of this Order of Remand to the Superior Court of Jones County, Case No. 2024-CR-282.

-2-

**SO ORDERED**, this 12th day of November, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT
