IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

STATE OF GEORGIA,                              *

                    Plaintiff,               *

v.                                                          Case No.  5:25-cv-00465-MTT
                                            *

JEFFREY ALLEN HILL ,                           *

                    Defendant.             *

                                          *

## **J U D G M E N T**

    Pursuant to this Court's Order dated November 12, 2025, and for the reasons stated therein,

JUDGMENT is hereby entered remanding this case to the Superior Court of Jones County, Georgia.

    This 12th day of November, 2025.

                                   David W. Bunt, Clerk

                                   s/ Raven K. Alston, Deputy Clerk